IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

        Plaintiff,                    No. CIV S-05-1061 GEB JFM P

    vs.

KNOWLES, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file the completed Notice of Submission of Documents, one completed summons, seven completed USM-285 forms and eight copies of the endorsed complaint filed May 27, 2005 pursuant to the court's order of August 26, 2005. Plaintiff also requests a court order requiring prison officials to return his legal property to him so he can comply with the court's order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 27, 2005 motion for an extension of time is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file the completed Notice of Submission of Documents, one completed summons, seven completed USM-285 forms and eight copies of the endorsed complaint filed May 27, 2005; and

/////

3. Plaintiff's September 27, 2005 request for a court order requiring prison officials to return his legal materials is denied without prejudice to its renewal on a showing that prison officials have unreasonably refused to respond to a proper request from plaintiff to return said materials.

DATED: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
hend1061.36