IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

        Plaintiff,                  No. CIV S-05-1061 GEB JFM P

    vs.

KNOWLES, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed August 26, 2005, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On October 13, 2005, plaintiff submitted the completed summon, six completed USM-285 forms and one copy of the May 26, 2005 complaint but failed to file the completed USM-285 form for Joan Door and seven copies of the May 26, 2005 complaint.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on May 26, 2005; and

1

1  2.  Within thirty days, plaintiff shall submit to the court the completed USM-285 form for Joan Door and six copies of the May 26, 2005 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: October 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
hend1061.8f