IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

    Plaintiff,                        No. CIV S-05-1061 GEB JFM P

    vs.

KNOWLES, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 26, 2005, this court determined that plaintiff's original complaint, filed May 26, 2005, stated a cognizable claim for relief against seven defendants named therein and directed plaintiff to return a completed summons, USM-285 forms, and copies of the complaint so that the court could direct the United States Marshal to serve process on defendants. The deadline for compliance with that order was extended by order filed October 12, 2005.

        On October 13, 2005, plaintiff submitted a completed summons, six completed USM-285 forms, and one copy of the complaint. By order filed October 24, 2005, plaintiff was directed to complete an additional USM-285 form and return six additional copies of the complaint. On November 18, 2005, plaintiff filed a motion for an extension of time to comply

with the October 24, 2005 order. On November 28, 2005, plaintiff submitted one additional completed USM-285 form and seven copies of a document identified as an amended complaint. Plaintiff has not filed an amended complaint that bears his original signature.

Good cause appearing, plaintiff's original complaint will be dismissed and plaintiff will be granted a period of thirty days in which to file an amended complaint that bears his original signature. Cf. Fed. R. Civ. P. 11. Thereafter, the court will screen the amended complaint pursuant to 28 U.S.C. § 1915A and make further orders, as appropriate, for service of process. Plaintiff is cautioned that failure to file an amended complaint bearing his original signature will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed;

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that bears his original signature and otherwise complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

3. Plaintiff's November 18, 2005 motion for an extension of time is denied as moot.

DATED: February 6, 2006.

UNITED STATES MAGISTRATE JUDGE

12

hend1061.amd