IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                    No. CIV S-05-1061 GEB JFM P

   vs.

KNOWLES, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 16, 2006, this court recommended that plaintiff's action be dismissed because plaintiff had failed to file an amended complaint as required by this court's February 6, 2006 order.  On March 31, 2006, plaintiff filed objections.  Good cause appearing, the March 16, 2006 findings and recommendations will be vacated and plaintiff will be granted an extension of time to file an amended complaint that complies with this court's February 6, 2006 order.  Accordingly, IT IS HEREBY ORDERED that:

        1. The March 16, 2006 findings and recommendations are vacated; and

/////

/////

/////

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

DATED:   April 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001
hend1061.vac