IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

    Plaintiff,                    No. CIV S-05-1061 GEB JFM P

   vs.

KNOWLES, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request for a copy of this court's February 6, 2006 order dismissing plaintiff's complaint with thirty days leave to file an amended complaint. Plaintiff also requests an extension of time to file an amended complaint.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve plaintiff a copy of the February 6, 2006 order;

        2. Plaintiff's April 26, 2006 request for an extension of time is granted; and

/////

/////

/////

/////

3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 4, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12/bb
hend1061.36(3)