1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11          Plaintiff,                    No. CIV S-05-1061 GEB JFM P

12       vs.

13   KNOWLES, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.

18          By an order filed January 31, 2007, this court ordered plaintiff to complete and

19   return to the court, within thirty days, the USM-285 forms and copies of his complaint which are

20   required to effect service on the defendants.  On February 23, 2007, plaintiff submitted the Seven

21   completed USM-285 forms but failed to submit a completed USM-285 form for defendant Joan

22   Door and did not submit complete copies of the May 18, 2006 amended complaint.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court is directed to send plaintiff a copy of the May 18, 2006

25   amended complaint and one blank USM-285 form; and

26   /////

1

1            2.  Within thirty days, plaintiff shall submit to the court one completed USM-285

2 form for defendant Joan Door and nine complete copies of the May 18, 2006 amended complaint

3 required to effect service.  Failure to return the copies within the specified time period will result

4 in a recommendation that this action be dismissed.

5 DATED:  February 27, 2007.

6

7                                       UNITED STATES MAGISTRATE JUDGE

8

9 /mp

10 hend1061.8f(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26