IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

    Plaintiff,                    No. CIV S-05-1061 GEB JFM P

    vs.

KNOWLES, et al.,

    Defendants.             ORDER

                            /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2007, plaintiff filed a document entitled "Amended Complaint." This document bears the instant case number, but sues the California Department of Corrections and Rehabilitation, Arnold Schwarzenegger and Scott Kernan for alleged violations of the Americans with Disabilities Act. Plaintiff has crossed out the case number 05-1061 and on page three of his filing, plaintiff states the Clerk of Court sent him the wrong case number. Plaintiff contends the March 2, 2007 filing belongs in his "ADA suit." (Id.)

          It is clear that plaintiff did not intend for the March 2 amended complaint to be filed in the instant action. The instant action seeks relief for alleged infringement of plaintiff's access to the courts and is presently awaiting receipt of documents for service of process on defendants. However, a review of plaintiff's ten open cases in this district fails to reveal an action raising claims under the ADA, or suing defendants CDC-R, Governor Schwarzenegger or

1

Scott Kernan.[1]  Accordingly, the Clerk of the Court will be directed to remove the March 2, 2007 amended complaint from CIV S-05-1061 and file it as a new action and randomly draw the appropriate judicial assignments.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The Clerk of the Court is directed to remove plaintiff's March 2, 2007 Amended Complaint from the docket; and

        2.  The March 2, 2007 Amended Complaint shall be filed as a new action and randomly assigned.

DATED:  March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001;hend1061.rem

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).