1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

        Plaintiff,                      No. CIV S-05-1061 GEB JFM P

   vs.

KNOWLES, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request for an extension of time to comply with this court's February 28, 2007 order requiring submission of documents to accomplish service of process, along with a request for a copy of that order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve plaintiff a copy of the February 28, 2007 order, without the enclosures;

        2. Plaintiff's March 20, 2007 request for an extension of time is granted; and

/////
/////
/////
/////

3. Plaintiff is granted thirty days from the date of this order in which to file the documents required by this court's February 28, 2007 order.

DATED: April 4, 2007.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

001; hend1061.36(4)