IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

     Plaintiff,                   2:05-cv-1061-GEB-JFM-P

     vs.

KNOWLES, et al.,

     Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 15, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

On August 31, 2007, plaintiff filed a request to postpone consideration of defendants' motion to dismiss so that plaintiff may pursue discovery. Plaintiff contends this discovery would show plaintiff submitted multiple grievances over time all of which were screened out by prison officials. However, as the magistrate judge noted, plaintiff cannot satisfy the PLRA exhaustion requirement by filing an untimely or otherwise procedurally defective administrative grievance or appeal. <u>Woodford v. Ngo</u>, ____ U.S. ____ (2006). Because plaintiff was required to exhaust his administrative grievances through the third level review, screened out grievances would not demonstrate exhaustion. <u>Id.</u> Plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2007, are adopted in full;

2. Defendants' July 9, 2007 motion to dismiss is granted and this action is dismissed without prejudice.

3. Plaintiff's August 31, 2007 request to postpone consideration of defendants' motion to dismiss is denied.

Dated: September 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2